

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN RE: THE ESTATE OF JOSE CASARES, DECEASED, | § | No. 08-21-00104-CV |
|  | § | Appeal from the |
| Appellant, | § | Probate Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC#2010-P00681) |

## **O R D E R**

On July 1, 2021, this Court issued an order for mediation referral. The order required the parties to make any objection to referral within ten days of the order. On July 8, 2021, the Appellees filed their joint objection. The Court finds Appellees objection persuasive.

Therefore, the Court ORDERS this appeal to continue, the appellate timetable suspension is lifted, and the Reporter's Record (1 volume) received on July 6, 2021, has this day been filed. The Appellant's brief is due August 8, 2021.

IT IS SO ORDERED this 9th day of July, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.